

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:21-cr-17 |
| v. | ) |
| | ) Judge: Varlan / Poplin |
| DIOS E. TATE | ) |

## INDICTMENT

### COUNT ONE
**(False Use of a Social Security Number, 42 U.S.C. § 408(a)(7)(B))**

The Grand Jury charges that on or about November 16, 2020, in the Eastern District of Tennessee, the defendant, DIOS E. TATE, for the purpose of obtaining for himself anything of value from any person, did, with intent to deceive, falsely represent \*\*\*-\*\*-\*\*42 to be the social security account number assigned by the Commissioner of Social Security to him in an "Application for Tennessee Driver License" submitted by DIOS E. TATE to the Knox County Clerk, when in fact, as DIOS E. TATE well knew, such number was not the social security account number assigned by the Commissioner of Social Security to him, in violation of 42 U.S.C. § 408(a)(7)(B).

### COUNT TWO
**(Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1))**

The Grand Jury further charges that on or about November 16, 2020, in the Eastern District of Tennessee, the defendant, DIOS E. TATE, during and in relation to a felony violation of 42 U.S.C. § 408(a)(7)(B) (false use of a social security number) as alleged in Count One of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of

1

identification of another actual person, that is, the social security account number \*\*\*-\*\*-\*\*42, knowing that such Social Security account number belonged to another actual person, in violation of 18 U.S.C. § 1028A(a)(1).

\* \* \* \* \*

A True Bill:

███████████████████████
Foreperson

Approved:

J. Douglas Overbey
United States Attorney

By: *[signature]*
Timothy C. Harker
Assistant United States Attorney