IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 3:21-CR-17 |
| | ) | JUDGE VARLAN |
| DIOS TATE | ) | |

**SENTENCING MEMORANDUM**

The Defendant, Mr. Dios Tate, files this sentencing memorandum in accordance with the Honorable Court's order. On May 6, 2021, the defendant pleaded guilty to count two of the indictment, charging aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1).

On August 3, 2021, the presentence investigation report (PSR) was returned and correctly calculated the guideline range to be the statutory term of two years' imprisonment. See Doc. 19, ¶ 58. Based on the information contained in the PSR, the Defendant respectfully requests this Honorable Court to sentence him to of 24 months as to Count Two, followed by a term of supervised release not to exceed one year, pursuant to 18 U.S.C. § 3583(b)(3).

The Defendant respectfully reserves the right to offer argument and proof at the sentencing hearing as it deems appropriate and as the Court permits.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, INC.

BY: s/Nakeisha C. Jackson

Nakeisha C. Jackson
TN Bar No.: 034290
Federal Defender Services
800 S. Gay St.
Suite 2400
Knoxville, TN 37929
(865) 637-7979

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Nakeisha C. Jackson
Nakeisha C. Jackson